

**THE CITY OF NEW YORK**
## LAW DEPARTMENT

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**DANIEL R. PEREZ**
Phone: (212) 356-0877
Fax: (212) 356-1148
danipere@law.nyc.gov
(not for service)

Application **GRANTED**.  The parties' deadline to file the status update is extended to **June 6, 2025**.

Dated: June 5, 2025
    New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

**BY ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *Ramos, et al. v. Banks, et al.*, 24-cv-5109 (LGS)
       *Bruckauf et al. v. Banks et al.*, 24-cv-5136 (LGS)

Your Honor:

    I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants the New York City Department of Education ("DOE") and DOE Chancellor David Banks in the above-referenced actions. I write to request an extension of the parties' time to submit a joint status update and proposed order in accordance with the Court's May 21, 2025, Opinion & Order (the "Order") from today June 4, 2025, until June 6, 2025.

    Defendants would appreciate a brief extension of time as the parties are continuing to discuss the status of the respective student-Plaintiffs and require a limited amount of additional time to prepare a joint proposed order consistent with the Order.  This is Defendants' first request for an extension of time to comply with the Court's Order, and Plaintiffs consent to the request.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/  Daniel R. Perez

Daniel R. Perez
Assistant Corporation Counsel

cc:    All counsel of record (via ECF)