**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**OLIVER BRUCKAUF**, as Parent and Natural Guardian
of **E.B.**, and **OLIVER BRUCKAUF**, Individually, *et al.,*

                Plaintiffs,             24-cv-05136 (LGS)

-against-                              **NOTICE OF MOTION**

**DAVID C. BANKS**, in his official capacity as Chancellor
of the New York City Department of Education, and the
**NEW YORK CITY DEPARTMENT OF EDUCATION**,

                Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support

of Plaintiffs' Motion to Stay this Court's May 21 Order Dismissing their Amended Complaint and

Denying their Motion for Preliminary Injunction, and for a Preliminary Injunction Pending

Appeal, Plaintiffs will move, pursuant to the Individuals with Disabilities Education Act, 20 U.S.C.

§ 1415(j), before the Honorable Lorna G. Schofield, United States District Judge, at the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to

be determined by the Court, for an Order:

a)   staying this Court's May 21, 2025, Order dismissing Plaintiffs' Amended Complaint,
     pending resolution of the appeal of this matter before the United States Court of Appeals
     for the Second Circuit, Appeal No. 25-1355;

b)   entering a preliminary injunction:

     i.   Confirming each Student's pendency program or placement at iBRAIN
        throughout the administrative and judicial proceedings regarding their DPC for
        the 2024-2025 ESY, including during the expedited appeal;

     ii.   Confirming each Student's entitlement to funding, as pendency, at iBRAIN
        throughout the administrative and judicial proceedings regarding their DPC for
        the 2024-2025 ESY, including during the expedited appeal; and

c)   Granting such other, further and different relief as the Court deems just, proper, and
     equitable.

Dated:   July 16, 2025
           New York, NY

                                        Respectfully submitted,
                                        Liberty & Freedom Legal Group
                                        *Attorneys for Plaintiffs*

                              By: _____ */S/*_____
                                        Rory J. Bellantoni, Esq.
                                        105 East 34th Street, #190
                                        New York, NY 10016
                                        (646) 850-5035
                                        rory@pabilaw.org

By **July 25, 2025**, Defendants shall file any opposition to
Plaintiff's motion.  By **July 29, 2025**, Plaintiff shall file any
reply.

Dated: July 18, 2025
          New York, New York

                              **LORNA G. SCHOFIELD**
                              **UNITED STATES DISTRICT JUDGE**